No. A–1093. McDONALD ET AL. v. McLUCAS, ACTING SECRETARY OF THE AIR FORCE, ET AL. D. C. S. D. N. Y. Application for stay of judgment and other relief presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–1124 (73–1745). HUME v. CAREY. C. A. D. C. Cir. Application for stay of judgment presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant the stay.

No. 73–203. EISEN v. CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. [Certiorari granted, 414 U. S. 908.] Motion of respondents for leave to file supplemental brief after argument granted.

No. 73–477. GERSTEIN v. PUGH ET AL. C. A. 5th Cir. [Certiorari granted, 414 U. S. 1062.] The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–1575. CALLAHAN ET AL. v. KIMBALL ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.